SIDNEY BENJAMIN, an Infant by MORRIS BENJAMIN, His Guardian ad Litem, et al., Respondents, *v.* HERMAN TREBATCH, Respondent, and MARCUS CONTRACTING Co., INC., Appellant.

(Argued March 17, 1936; decided April 15, 1936.)

514

*Clarence S. Zipp* and *William E. Lowther* for appellant.
*Sidney J. Feltenstein* for plaintiffs, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.